UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| CITIGROUP GLOBAL MARKETS INC. (f/k/a SALOMON SMITH BARNEY INC.), et al., | )<br>)<br>) |
| Plaintiffs, | ) |
| vs. | ) Case No. 4:06MC696 CDP |
| ANTHONY L. ARAKKAL and BRIDGET ARAKKAL, | )<br>) |
| Defendants. | ) |

## **MEMORANDUM AND ORDER**

This case is a summary proceeding for confirmation of an arbitration award under 9 U.S.C. § 9. Plaintiffs' motion prays for confirmation of an award entered against Anthony L. Arakkal and Bridget Arakkal on May 10, 2006. Plaintiffs' motion asserts that this court has jurisdiction over this matter. The motion states that the arbitration took place before a panel of arbitrators in St. Louis County, Missouri during nine days in April and May of 2006.

Plaintiffs assert that defendants are residents of St. Louis, Missouri, and Plaintiffs have submitted a return receipt that shows that Defendants were served with their motion. Defendants have not entered an appearance following receipt of service of the Plaintiffs' motion, and they have not opposed Plaintiffs' motion.

The Federal Arbitration Act provides:

> If the parties in their agreement have agreed that a judgment of the court shall be entered upon the award made pursuant to the arbitration, and shall specify the court, then at any time within one year after the award is made any party to the arbitration may apply to the court so specified for an order confirming the award, and thereupon the court must grant such an order unless the award is vacated, modified, or corrected as prescribed in sections 10 and 11 of this title. If no court is specified in the agreement of the parties, then such application may be made to the United States court in and for the district within which such award was made.

9 U.S.C. § 9.

This Court has jurisdiction in this matter; Plaintiff's motion to confirm is timely, and there has been no request that this Court vacate, modify, or correct the Award. Accordingly, the Award will be confirmed.

**IT IS HEREBY ORDERED** that Plaintiffs' motion to confirm the arbitration award [#1] is granted.

**IT IS FURTHER ORDERED** that the award dated May 10, 2006, in the matter of Anthony L. Arakkal and Bridget Arakkal v. Citigroup Global Markets, Inc, et al., Case No. 03-03234 (Filing No. 1-2) is confirmed.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 30th day of January, 2007.